DANIEL G. BOGDEN
United States Attorney
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada  89101
Tele: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACQUELYN ROHRICH,           )
                             )
        Plaintiff,            )
                             )
v.                           )  Case No:  2:10-CV-1063-PMP-(PAL)
                             )
UNITED STATES OF AMERICA,    )
et. al.,                     )
                             )
        Defendants.           )

### UNITED STATES OF AMERICA'S
### UNOPPOSED MOTION FOR REMAND

On June 30, 2010, the United States of America ("United States") filed a petition to remove Plaintiff's Complaint (*See* App. 1-4)[1] from Clark County District Court ("CCDC") to this Federal Court. However, unbeknownst to the United States, at the time this matter was removed the CCDC had already granted Plaintiff's request for "voluntary dismissal" of the Transportation Security Administration ("TSA")[2] and various other defendants.[3]  See App. 5-6. Accordingly, pursuant to 28 U.S.C. §§ 1446 and 1447, the United States respectfully requests that the Court remand this matter to CCDC for further proceedings. Counsel for Plaintiff, Jonathan R. Hicks,

---

[1] "App. ____." refers to the referenced page(s) of the appendix attached herewith.

[2] TSA is a component agency of the United States of America's executive branch of government.

[3] A copy of that Order was never served upon undersigned counsel for the United States.

1  Esq., has previously stated that he does not oppose this motion. Upon information and belief, the
2  only remaining defendant in this matter is Prospect, Inc., represented by Christopher M. Young,
3  Esq., who has also stated that he has no opposition to this motion. In support of this motion, the
4  United States relies upon the memorandum of points and authorities below.

## MEMORANDUM OF POINTS AND AUTHORITIES

A case removed pursuant to 28 U.S.C. § 1446 may be remanded pursuant to section 1447 of title 28 of the United States Code. In this case, remand is appropriate because, as noted above, the Federal Defendant, along with several other defendants, was voluntarily dismissed from Plaintiff's action on or about June 9, 2010. See App. 6. Upon information and belief, the only remaining defendant is "Prospect, Inc". That defendant's attorney, Christopher M. Young, Esq., has indicated that he does not oppose remand. Similarly, Plaintiff's counsel does not oppose remand. Accordingly, remand is appropriate and in the best interests of justice and judicial economy.

. . .

## CONCLUSION

For the reasons set forth above, the United States respectfully requests that the Court remand this matter to CCDC for further proceedings. In light of this request, the United States further requests that all deadlines pertaining to this matter currently pending in this Court be stayed pending the Court's consideration of this unopposed motion.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Paul S. Padda*

PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada   89101
Tele: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States

Dated: August 10, 2010

**IT IS SO ORDERED:**

**Upon consideration of the United States' unopposed motion for remand, it is hereby ordered that the motion is granted and that this matter is remanded to Clark County District Court (Department XI) for further proceedings.**

UNITED STATES DISTRICT JUDGE

**Dated: August __ 26, 2010.**